IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OTIS BLAXTON,**

    **Plaintiff,**

**vs.**                                                **CASE NO. 4:07CV244-SPM/AK**

**MICHAEL W. MOORE, et al,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

By Order dated June 13, 2007, Plaintiff was directed to submit an amended motion for IFP and provide his inmate account information on or before June 25, 2007. (Doc. 4). When no amended motion was filed, an order to show cause was entered directing a response on or before August 17, 2007. (Doc. 5). Plaintiff was warned that failure to respond would result in a recommendation that his case be dismissed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b). Plaintiff has failed to comply with two court orders (docs. 4 and 5). Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __20th__ day of September, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:07CV244-SPM/AK