**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

OTIS BLAXTON,

      Plaintiff,

vs.                                  Case No.:4:07-CV-244-SPM/AK

MICHAEL W. MOORE, et al,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      **THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 6) filed on September 20, 2007.  On May 15, 2007 the magistrate judge directed the Plaintiff to submit an IFP application and inmate account information in order to facilitate the filing of his complaint.  (Doc. 3)  On September 20, 2007, Plaintiff was still not in compliance with this order.

      The parties were furnished a copy of the magistrate's order recommending dismissal of this case and have been afforded an opportunity to file objections.  As of November 20, 2007 there has been no response from either party.  Therefore, this Court finds that Plaintiff has failed to obey a court order and has failed to prosecute this case.

      Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is *dismissed* with prejudice for failure to prosecute and failure to obey an order of the Court.

**DONE AND ORDERED** this twenty-eighth day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge